IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALVINA T. BURBANK, individually, and on behalf of the
Estate of Imogene Bahe Burbank, JERALINE BAHE,
ALVIS A. BURBANK, and IVAN A. BURBANK,

        Plaintiffs,

vs.

        Case No. 1:15-cv-01068-KG-WPL

SAN JUAN REGIONAL MEDICAL CENTER and
BARBARA FOWLER, R.N.,

        Defendants.

### NOTICE OF RESOLUTION

The Parties hereby give notice that they have resolved all issues. Closing documents will be submitted to the Court once the release has been executed and the funds exchanged.

Respectfully submitted this 10th day of October, 2016 by:

**ROBERT CURTIS LAW OFFICE, PA**
*Counsel for Defendants San Juan Regional Medical Center and Barbara Fowler, RN*

By _____
Robert J. Curtis, Esq.
Ellen M. Kelly, Esq.
215 Central Ave. NW, Suite 200
Albuquerque, NM 87102
(505) 389-2030
robert@rcurtislaw.com
ellen@rcurtislaw.com

**BARBER & BORG, LLC**
*Counsel for Plaintiffs*

By *approved by Mr. Borg via email 10/07/2016*
Scott E. Borg, Esq.
PO Box 30745
3816 Carlisle Blvd NE Suite C [87107]
Albuquerque, NM 87190-0745
(505) 884-0004
scott@barberborg.com

*12734.180~Burbank*