IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALVINA T. BURBANK, individually, and on behalf of the
Estate of Imogene Bahe Burbank, JERALINE BAHE,
ALVIS A. BURBANK, and IVAN A. BURBANK,

        Plaintiffs,

vs.

        Case No. 1:15-cv-01068-KG-WPL

SAN JUAN REGIONAL MEDICAL CENTER and
BARBARA FOWLER, R.N.,

        Defendants.

## ORDER OF DISMISSAL OF PLAINTIFF'S
## COMPLAINT FOR WRONGFUL DEATH WITH PREJUDICE

THIS MATTER having come before the Court on the Rule 41 (a)(1)(A)(ii) Stipulated Voluntary Dismissal of Plaintiff's *Complaint for Wrongful Death*, and the Court noting that the parties have stipulated to the dismissal of the Complaint with prejudice, the court FINDS that stipulation is well taken and the Court hereby adopts the same dismissing with prejudice Plaintiff's *Complaint for Wrongful Death* — and all causes of Action that could have been brought therein. Each Party is to bear their own costs and fees. The Court noting there is no reason for delay enters the Order of Dismissal with prejudice into the record at this time.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

| | |
|---|---|
| Scott E. Borg | Robert J. Curtis, Esq. |
| BARBER & BORG, LLC | Robert Curtis Law Office, P.A. |
| PO Box 30745 | 215 Central Ave NW Suite 200 |
| 3816 Carlisle Blvd NE Suite C | Albuquerque, NM 87102 |
| Albuquerque, NM 87190-0745 | (505) 389-2030 |
| (505) 884-0004 | robert@rcurtislaw.com |
| scott@barberborg.com | *Counsel for San Juan Regional Medical* |
| *Counsel for Plaintiffs* | *Center & Fowler, RN.* |